UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

J W HOLLINS,

           Plaintiff,

v.

MICHIGAN CORRECTIONS
COMMISSION et al.,

           Defendants.

_____/

Case No. 1:22-cv-230

Honorable Ray Kent

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915A, and 42 U.S.C. § 1997e(c).

Dated:   April 7, 2022

/s/ Ray Kent
Ray Kent
United States Magistrate Judge